**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

NUCORP, LTD.,

                    Plaintiff,

v.

JOHN DOES 1-24,

                    Defendants.

Civil Action File No: 2:11-cv-15222-BAF-PJK

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 10 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 10 ("Defendant"). Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses this Defendant from this action <u>with prejudice</u>. John Doe 10 was assigned the IP Address 68.84.164.236. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

This 26th day of March, 2012

1

Respectfully submitted,

/s/ *John S. Hone*
John S. Hone
Michigan Bar No. P36253
Attorneys for Plaintiff
28411Northwestern Hwy., Suite 960
Southfield, Michigan 48034
(248) 948-9800
jhone@honelawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *John S. Hone*
John S. Hone

2

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF  DOE 10 ONLY has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3).  This document was prepared using Times New Roman (14 pt.).

This 26th day of March, 2012.

/s/ *John S. Hone*
John S. Hone
Michigan Bar No. P36253
Attorney for Plaintiff
The Hone Law Firm, P.C.
28411 Northwestern Hwy., Ste. 960
Southfield, Michigan 48034
P: (248) 948-9800
F: (248) 948-9811
*jhone@honelawfirm.com*