# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NUCORP, LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 1-24,<br><br>      Defendants. | Civil Action File No: 2:11-cv-15222-BAF-PJK |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE 15 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, John Doe 15 from this action <u>without prejudice</u>. John Doe 15 was assigned the IP Address 71.238.59.25. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant, John Doe 15 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

This 26th day of March, 2012

1

Respectfully submitted,

/s/ *John S. Hone*
John S. Hone
Michigan Bar No. P36253
Attorneys for Plaintiff
28411Northwestern Hwy., Suite 960
Southfield, Michigan 48034
(248) 948-9800
jhone@honelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *John S. Hone*
John S. Hone

## **CERTIFICATE OF COMPLIANCE**

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOE 15 ONLY has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

This 26th day of March, 2012

/s/ *John S. Hone*
John S. Hone
Michigan Bar No. P36253
Attorney for Plaintiff
The Hone Law Firm, P.C.
28411 Northwestern Hwy., Ste. 960
Southfield, Michigan 48034
P: (248) 948-9800
F: (248) 948-9811
*jhone@honelawfirm.com*